Todd M. Friedman (SBN 216752)
tfriedman@attorneysforconsumers.com
Adrian R. Bacon (SBN 280332)
abacon@attorneysforconsumers.com
**LAW OFFICES OF TODD M. FRIEDMAN PC**
21550 Oxnard Street, Suite 780
Woodland Hills, California 91367
(877) 206-4741 Telephone
(866) 633-0228 Facsimile

Attorneys for Plaintiff
NOLAN CHAN

David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Martin Schannong (SBN 243297)
schannongm@cmtlaw.com
**CARLSON & MESSER LLP**
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
EDUCATIONAL CREDIT MANAGEMENT CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLAN CHAN, | CASE NO. 8:16-cv-00474-JLS-DFM |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION, | |
| Defendant. | |

{00060178;1}

1

NOTICE OF SETTLEMENT
CASE NO. 8:16-cv-00474-JLS-DFM

1  PLEASE TAKE NOTICE that this entire action has been settled. The
2  parties anticipate that they will complete the settlement, and file a stipulation of
3  dismissal, within 45 days from the date of this notice.
4  In light of the settlement, the parties respectfully request that the Court take
5  off calendar all future hearing dates in this case.

**LAW OFFICES OF TODD M. FRIEDMAN PC**

DATED: January 17, 2017    By:    s/Adrian R. Bacon
                                  Todd M. Friedman
                                  Adrian R. Bacon
                                  Attorneys for Plaintiff
                                  NOLAN CHAN

**CARLSON & MESSER LLP**

DATED: January 17, 2017    By:    s/Martin Schannong
                                  David J. Kaminski
                                  Martin Schannong
                                  Attorneys for Defendant
                                  EDUCATIONAL CREDIT
                                  MANAGEMENT CORPORATION

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Plaintiff's counsel, and that I have obtained Plaintiff's counsel's authorization to affix his electronic signature to this document.

                                            CARLSON & MESSER LLP

DATED: January 17, 2017      By:    s/Martin Schannong
                                                    David J. Kaminski
                                                    Martin Schannong
                                                    Attorneys for Defendant
                                                    EDUCATIONAL CREDIT
                                                    MANAGEMENT CORPORATION

# CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2017, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed through the ECF system, which will send notification of such filing to the following e-mail addresses:

> tfriedman@toddflaw.com
> abacon@toddflaw.com
> kaminskid@cmtlaw.com
> schannongm@cmtlaw.com

**CARLSON & MESSER LLP**

DATED: January 17, 2017    By:   s/Martin Schannong
David J. Kaminski
Martin Schannong
Attorneys for Defendant
EDUCATIONAL CREDIT MANAGEMENT CORPORATION